# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2290
LT Case No. 2020-DR-3951

_____

INNA BELL,

    Appellant/Cross-Appellee,

    v.

CHAD BELL,

    Appellee/Cross-Appellant.

_____

On appeal from the Circuit Court for Duval County.
James E. Kallaher, Judge.

Adam P. Rowe, David P. Grigaltchik, and Boris Galustov, of Grigaltchik & Galustov, P.A., Jacksonville, for Appellant/Cross-Appellee.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, for Appellee/Cross-Appellant.

January 17, 2025

PER CURIAM.

    Inna Bell ("Former Wife") appeals from a final judgment of dissolution of marriage with minor children ("Final Judgment"). Chad Bell ("Former Husband") cross-appeals. We affirm in all respects except as to a $10,009.00 Bank of America loan that was not included in the Final Judgment.

On cross-appeal, Former Husband argues that he was not credited with paying the $10,009.00 Bank of America loan on Former Wife's vehicle. At the final hearing, the parties agreed Former Husband was responsible for and was to be credited with paying this marital liability. However, the Final Judgment failed to account for it.

Accordingly, we reverse and remand for the trial court to credit Former Husband with paying the $10,009.00 Bank of America loan. *See Veith v. Veith*, 315 So. 3d 1259, 1263 (Fla. 5th DCA 2021) ("[N]otwithstanding the trial court's wide discretion in dissolution matters, this court must correct mathematical errors made by the trial court. . . . Thus, remand is required for recalculation . . . ." (alteration in original) (quoting *Doyle v. Doyle*, 789 So. 2d 499, 501 (Fla. 5th DCA 2001))). In all other respects we affirm.

AFFIRMED in part, REVERSED in part, and REMANDED.

SOUD, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____